UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALEC JULIAN JOHNSON, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:18-cv-741 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| PAT WARREN, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims in the underlying petition for habeas relief.

As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACITON IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 20, 2019                              /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge